UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>ANDREAS MAYA GOITIA VILLALOBOS,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. C 11-00271 MEJ<br><br>**ORDER CREDITING DEFENDANT'S OVER PAYMENT OF SPECIAL ASSESSMENT FEE** |

　　Defendant Andreas Maya Goitia Villalobos' special assessment fee at sentencing was $10.00. Defendant paid $25.00. IT IS IS HEREBY ORDERED that $15.00 of that payment be credited towards Defendant's $1000.00 fine.

Dated: August 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge